IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| PHYLLIS CESSNA<br>WILLIAM CESSNA,<br><br>    Plaintiffs,<br><br>v.<br><br>ETHICON INC.,<br>JOHNSON & JOHNSON,<br><br>    Defendants. | CIVIL ACTION NO.<br>7:20-CV-00037-WLS |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Phyllis Cessna and William Cessna and Defendants Ethicon, Inc. and Johnson & Johnson submit this Joint Stipulation of Dismissal with Prejudice. Plaintiffs have reached an agreement with Defendants to resolve all of her claims in this action. Based on the foregoing, the parties respectfully request that the Court dismiss all pending claims in this case with prejudice, with each party bearing its own attorneys' fees and costs.

This 21st day of September, 2021.

Respectfully submitted,

/s/ S. Eric Rumanek
S. Eric Rumanek
Georgia Bar No. 558047
Troutman Pepper Hamilton Sanders LLP
600 Peachtree Street, N.E., Suite 3000
Atlanta, GA 30308-2216
Telephone: (404) 885-3000
eric.rumanek@troutman.com

*Counsel for Defendants Ethicon Inc. and Johnson & Johnson*

1

KLINE & SPECTER, PC

*/s/ Ben O. Present*
Ben O. Present (admitted *pro hac vice*)
Pennsylvania Bar No. 322682
Christopher A. Gomez  (admitted *pro hac vice*)
Pennsylvania Bar No. 82899
Lee B. Balefsky  (admitted *pro hac vice*)
Pennsylvania Bar No. 25321
Lisa S. Dagostino (admitted *pro hac vice*)
Pennsylvania Bar No. 89282
1525 Locust Street., 18th Floor
Philadelphia, PA 19102
215/792-5586
Fax: 215-792-5502
Ben.present@klinespecter.com
chris.gomez@klinespecter.com
lee.balefsky@klinespecter.com

*Counsel for Plaintiffs Phyllis Cessna and Williams Cessna*

SO ORDERED this 27th day of September, 2021
W. Louis Sands, Sr. Judge
United States District Court

2

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the within and foregoing document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the counsel of record.

This 21st day of September, 2021.

/s/ *S. Eric Rumanek*
S. Eric Rumanek
Georgia Bar No. 558047

Case 7:20-cv-00037-WLS   Document 68   Filed 09/27/21   Page 3 of 3
Case 7:20-cv-00037-WLS   Document 67   Filed 09/21/21   Page 3 of 3

3