IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| PHYLLIS CESSNA, WILLIAM CESSNA, | * |
| Plaintiffs, | * |
| v. | Case No. 7:20-CV-37(WLS) |
| | * |
| ETHICON, INC., JOHNSON & JOHNSON, | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 27, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 27th day of September, 2021.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk